UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS JUAREZ,

Plaintiff,

- against -

GERASIMOS ENTERPRISES INC., ET AL.,

Defendants.

26-cv-8235 (JGK)

**Order**

**JOHN G. KOELTL, District Judge:**

The plaintiff filed the complaint on September 22, 2026. ECF No. 1. On September 28, 2026, the plaintiff filed a return of service indicating that service had been made on the defendant Gerasimos Enterprises Inc. on September 24, 2026. ECF No. 7. Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, Gerasimos Enterprises Inc. was therefore required to answer or otherwise respond by October 15, 2026.

On October 19, 2026, the plaintiff filed a return of service indicating that service had been made on the defendant Telly Liberatos on October 17, 2026. ECF No. 8. Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, Telly Liberatos was therefore required to answer or otherwise respond by November 9, 2026.

To date, no defendant has answered or otherwise responded to the complaint. The time for the defendants to answer or respond to the complaint is extended until **December 2, 2026.** Failure to respond to the complaint by

this date may result in the entry of a default and a default judgment against the defendants.

The plaintiff is directed to serve this Order on the defendants by **November 20, 2026**, and to file proof of service on the docket.

**SO ORDERED.**

**Dated: New York, New York**
**November 17, 2026**

**John G. Koeltl**
**United States District Judge**